MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-cr-00049-KES-BAM |
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| NATALIO MENDOZA-GARCIA, Aka Rogelio Torres De La Cruz, | |
| Defendant. | |

The United States now moves to dismiss the indictment in the above captioned case filed on March 13, 2025, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 14, 2025                         MICHELE BECKWITH
                                              Acting United States Attorney

                                        By:   /s/ Antonio J. Pataca
                                              ANTONIO J. PATACA
                                              Assistant U.S. Attorney

1

Order

The Court hereby orders that the indictment in case number 1:25-cr-00049-KES-BAM, filed on March 13, 2025, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   March 18, 2025

_____
UNITED STATES DISTRICT JUDGE

2